IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARLIN BRANDT POHLMAN,

    Plaintiff,

v.

DR. CHRISTOPHER DIGULIO, DR. DANIELLE FUZI, OFFICER JOHN SMITH, NURSE CARTER, NURSE K. RICHARDSON, NURSE LANDAVERDE, NURSE CLEMENTS, JOE CAPPS, MARK NOOTH, and STATE OF OREGON

    Defendants.

3:14-cv-1483-PK

OPINION AND ORDER

PAPAK, Magistrate Judge:

    Now before the court is plaintiff Marlin Brandt Pohlman's Motion for Relief (#103). Pohlman filed this motion without complying with the court's December 29, 2015 Order (#101) requiring him to obtain the court's permission prior to filing any additional motions. Therefore, Pohlman's "Motion for Relief" (#103) is denied.

    Dated this 22nd day of January, 2016.

/s/ Paul Papak
Honorable Paul Papak
United States Magistrate Judge

OPINION AND ORDER–PAGE 1